*People* v. *Bough*, 155 App. Div. 913, affirmed.
(Argued June 10, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 7, 1913, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree.

*Andrew Byrne* for appellant.

*James C. Cropsey, District Attorney (Edward A. Freshman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Absent: HISCOCK, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GIOVANNI MANGHAVITA, Appellant.

*People* v. *Manghavita*, 163 App. Div. 863, affirmed.
(Argued June 10, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 3, 1914, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of assault in the first degree.

*Frank X. McCaffry* for appellant.

*James C. Cropsey, District Attorney (Edward A. Freshman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Absent: HISCOCK, J.